Charles E. CHASTAIN, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7114.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before LOURIE and DYK, Circuit Judges, and PLAGER, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.